UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ILEANA VALDEZ, )
)
Plaintiff, )
)
v. )  C.A. No. 05-11300-NMG
)
THE DRUG ENFORCEMENT AGENCY, )
)
Defendant. )

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties move this Honorable Court to dismiss this action without prejudice.

Respectfully submitted,

For the Plaintiff,

For the Defendant,

By his attorney,

MICHAEL J. SULLIVAN,
United States Attorney

_____
TONY V. BLAIZE, ESQ.
Attorney at Law
15 Court Street, Suite 320
Boston, MA 02108
(617) 227-6060

Dated: 8/11/05

_____
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
1 Courthouse, Suite 9200
Boston, MA 02210
(617) 748-3100